UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ALANA BOURNAS, individual, on behalf of herself and all others similarly situated,

       Plaintiff,

            v.

HEALTH NET, INC., HEALTH NET OF CALIFORNIA, INC., and INTERNATIONAL BUSINESS MACHINES CORP.,

       Defendant.

_____/

NO. CIV. 2:11-01262 WBS DAD

ORDER OF RECUSAL

----oo0oo----

       Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in IBM Corporation.

       IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases

1

1  to compensate for such reassignment.
2              IT IS FURTHER ORDERED that any previous orders issued
3  by the undersigned judge in this case are hereby VACATED and SET
4  ASIDE, and any dates previously set by the undersigned judge in
5  this case are hereby VACATED.
6  DATED: May 13, 2011

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE