C. Brooks Cutter (SBN 121407)
bcutter@kcrlegal.com
**KERSHAW CUTTER & RATINOFF LLP**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

*Attorneys for Plaintiff Pornpetch Assavarungnirun*

Eric H. Gibbs (SBN 178658)
ehg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs Donald Johnston, et al.*
*Attorneys for Plaintiff Catherine Eandi*

Michael F. Ram, (SBN 104805)
mram@rocklawcal.com
**RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorneys for Plaintiff Rachel Avila*
*Attorneys for Plaintiff Cecil Orenzo Bowman*

Karin Kramer (SBN 87346)
karinkramer@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant International Business Machines Corporation*

Ethan P. Schulman (SBN 112466)
eschulman@crowell.com
**CROWELL & MORING LLP**
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 365-7852
Facsimile: (415) 986-2827

*Attorneys for Defendants Health Net of California, Inc. and Health Net, Inc.*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DWIGHT WHITAKER,<br><br>        Plaintiff,<br><br>v.<br><br>HEALTH NET OF CALIFORNIA, INC., et al.,<br><br>        Defendants. | Case No. 11-CV-00910 KJM DAD<br><br>**STIPULATION AND ORDER TO REASSIGN CASES PURSUANT TO LOCAL RULE 123 AND CONSOLIDATE ALL REASSIGNED CASES PURSUANT TO FED. R. CIV. P. 42(a)(2)** |

| | |
|---|---|
| PORNPETCH ASSAVARUNGNIRUN, | Case No. 11-CV-1008 KJM DAD |
| Plaintiff, | |
| v. | |
| HEALTH NET OF CALIFORNIA, INC., et al., | |
| Defendants. | |
| RACHEL AVILA, | Case No. 11-CV-01097 KJM DAD |
| Plaintiff, | |
| v. | |
| HEALTH NET, INC, et al., | |
| Defendants. | |
| ALANA BOURNAS, | Case No. 11-CV-01262 KJM DAD |
| Plaintiff, | |
| v. | |
| HEALTH NET, INC., et al. | |
| Defendants. | |
| CECIL ORENZO BOWMAN, | Case No. 11-CV-01320 KJM DAD |
| Plaintiff, | |
| v. | |
| HEALTH NET, INC., et al. | |
| Defendants. | |

| | | |
|---|---|---|
| 1 | JENNIFER KIRK, et al., )<br>) | Case No. 11-CV-01376 KJM DAD |
| 2 | ) | |
| 3 | Plaintiffs, )<br>) | |
| 4 | v. )<br>) | |
| 5 | HEALTH NET, INC., et al., )<br>) | |
| 6 | Defendants. )<br>) | |
| 7 | ) | |
|   | DONALD JOHNSTON, et al., ) | Case No. 11-CV-01377 KJM DAD |
| 8 | ) | |
|   | Plaintiffs, ) | |
| 9 | ) | |
|   | v. ) | |
| 10 | ) | |
|   | HEALTH NET OF CALIFORNIA, INC., et ) | |
| 11 | al., ) | |
|   | ) | |
| 12 | Defendants. ) | |

## I. RELATION OF CASES AND REASSIGNMENT

The parties, by and through their attorneys of record, hereby stipulate as follows:

Whereas, pursuant to orders entered on May 4, 2011, and June 8, 2011, *Whitaker v. Health Net of California, Inc.*, 2:11-cv-00910-KJM-DAD, *Assavarungnirun v. Health Net of California, Inc.*, 2:11-cv-01008-KJM-DAD, *Avila v. Health Net, Inc.*, 2:11-cv-01097-KJM-DAD, *Bournas v. Health Net, Inc.*, 2:11-cv-01262-KJM-DAD, *Bowman v. Health Net, Inc.*, 2:11-cv-01320-KJM-DAD, *Johnston v. Health Net, Inc.*, 2:11-cv-01377-KJM-DAD, and *Kirk v. Health Net, Inc.*, 2:11-cv-01376-KJM-DAD, are related cases assigned to the Honorable Kimberly J. Mueller,

Whereas, *Eandi v. Health Net, Inc. of California*, 2:11-cv-01449-JAM-GGH, was transferred to the Eastern District of California on May 26, 2011, and is pending before the Honorable John A. Mendez,

Whereas, *Eandi v. Health Net, Inc. of California*, 2:11-cv-01451-FCD-GGH, was transferred to the Eastern District of California on May 26, 2011, and is pending before the Honorable Frank C. Damrell,[1]

Whereas, *Green v. Health Net, Inc.*, 2:11-cv-01447-JAM-GGH, was transferred to the Eastern District of California on May 26, 2011, and is pending before the Honorable John A. Mendez,

Whereas, the above-listed actions are all brought as class actions against Health Net, Inc. and International Business Machines Corp. and all but two are also brought against Health Net of California, Inc.,

Whereas, all of the above-listed actions allege violations of the Confidentiality in Medical Information Act, Cal. Civ. Code § 56, *et seq.*, and all but three allege violations of the Unfair Competition Law, Bus. & Prof. Code § 17200, *et seq.*,

Whereas, all of the above-listed actions involve the alleged loss of personal, medical and financial information of current and former Health Net of California, Inc. members in early 2011,

---

[1] *Eandi v. Health Net, Inc. of California* was initially filed as a single action in the Superior Court for the County of San Francisco. The action was split when Defendants separately removed the action to the Northern District of California. Judge Jeffrey S. White ordered the two actions consolidated on May 26, 2011, and transferred the consolidated action to the Eastern District of California. Despite the consolidation order, the actions were transferred separately to the Eastern District and given unique case numbers.

1  Whereas, assignment of the above-listed actions to the same judge is likely to effect a substantial
2  savings of judicial effort, to avoid inconsistent rulings, and to be convenient for the parties,
3  Whereas, the ten above-listed actions are pending before three different judges in the Eastern
4  District of California,
5  Whereas, *Whitaker v. Health Net of California, Inc.* is the lowest-numbered of the above-listed
6  actions pending in this District,
7  Therefore, the parties hereby stipulate that:
8  1. The above-listed actions are related within the meaning of Local Rule 123;
9  2. *Eandi v. Health Net, Inc. of California*, 2:11-cv-01449-JAM-GGH should be reassigned to
10     Judge Mueller;
11 3. *Eandi v. Health Net, Inc. of California*, 2:11-cv-01451-FCD-GGH, should be reassigned to
12     Judge Mueller; and
13 4. *Green v. Health Net, Inc.*, 2:11-cv-01447-JAM-GGH, should be reassigned to Judge Mueller.

**II.  CONSOLIDATION OF CASES AND RELATED SCHEDULE**

Moreover, the parties, by and through their attorneys of record, further stipulate as follows:

Whereas, the actions listed in Section I involve common questions of law or fact,

Whereas, consolidation of the actions listed in Section I will avoid unnecessary cost and delay,

Therefore, the parties hereby stipulate that,

1. Once all of the actions listed in Section I are transferred to Judge Mueller, they should be consolidated pursuant to Federal Rule of Civil Procedure 42(a)(2),
2. Plaintiffs shall promptly submit a proposed organization plan (or plans) of Plaintiffs' counsel,
3. Plaintiffs shall file a Consolidated Complaint within 30 days of entry of this Order,
4. Defendants shall file any responsive pleading or motion within 45 days of the filing of Plaintiffs' Consolidated Complaint, and

///
///
///
///

5. Defendants shall not answer or respond to any complaint or amended complaint filed in any of the actions listed in Section I, with the exception of the Consolidated Complaint.

DATED: June 10, 2011                **KERSHAW CUTTER RATINOFF LLP**


By   */s/ C. Brooks Cutter*
   C. Brooks Cutter
   Attorneys for Plaintiff Pornpetch Assavarungnirun


DATED: June 10, 2011                **GIRARD GIBBS LLP**


By   */s/ Eric H. Gibbs*
   Eric H. Gibbs
   Attorneys for Plaintiffs Donald Johnston, Ronnie Gayle, and James Kendrick
   Attorneys for Plaintiff Catherine Eandi


DATED: June 10, 2011                **RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP**


By   */s/ Michael F. Ram*
   Michael F. Ram
   Attorneys for Plaintiff Rachel Avila
   Attorneys for Plaintiff Cecil Orenzo Bowman


DATED: June 10, 2011                **SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP**


By   */s/ Todd M. Schneider*
   Todd M. Schneider
   Attorneys for Plaintiff Callie Green

| | | |
|---|---|---|
| 1 | DATED: June 10, 2011 | **KELLER GROVER LLP** |
| 2 | | |
| 3 | | By  */s/ Eric A. Grover* |
| 4 | | Eric A. Grover<br>Attorneys for Plaintiff Dwight Whitaker |
| 5 | | |
| 6 | | |
| 7 | DATED: June 10, 2011 | **AHDOOT & WOLFSON** |
| 8 | | By  */s/ Tina Wolfson* |
| 9 | | Tina Wolfson |
| 10 | | Attorneys for Plaintiffs Jennifer Kirk, David Donnell, and A. Y. |
| 11 | | |
| 12 | DATED: June 10, 2011 | **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP** |
| 13 | | |
| 14 | | By  */s/ Jahan C. Sagafi* |
| 15 | | Jahan C. Sagafi<br>Attorneys for Plaintiff Alana Bournas |
| 16 | | |
| 17 | DATED: June 10, 2011 | **CROWELL & MORING LLP** |
| 18 | | |
| 19 | | By  */s/ Ethan P. Schulman* |
| 20 | | Ethan P. Schulman |
| 21 | | Attorneys for Defendants Health Net of California Inc. and health Net, Inc. |
| 22 | | |
| 23 | DATED: June 10, 2011 | **QUINN EMANUEL URQHART & SULLIVAN, LLP** |
| 24 | | |
| 25 | | By  */s/ Karin Kramer* |
| 26 | | Karin Kramer |
| 27 | | Attorneys for Defendant International Business Machines Corporation |
| 28 | | |

**ORDER**

Based on the stipulation of the parties, it is hereby ORDERED that:

1. *Eandi v. Health Net, Inc. of California*, 2:11-cv-01449-JAM-GGH, is reassigned from Judge Mendez and Magistrate Judge Hollows to Judge Mueller and Magistrate Judge Drozd. The caption on documents filed in the reassigned case shall be Civ. No. S-11-01449 KJM DAD.

2. *Eandi v. Health Net, Inc. of California*, 2:11-cv-01451-FCD-GGH, is reassigned from Judge Damrell and Magistrate Judge Hollows to Judge Mueller and Magistrate Judge Drozd. The caption on documents filed in the reassigned case shall be Civ. No. S-11-01451 KJM DAD.

3. *Green v. Health Net, Inc.*, 2:11-cv-01447-JAM-GGH, is reassigned from Judge Mendez and Magistrate Judge Hollows to Judge Mueller and Magistrate Judge Drozd. The caption on documents filed in the reassigned case shall be Civ. No. S-11-01447 KJM DAD.

4. The Clerk of the Court is directed to make appropriate adjustments in the assignment of civil cases to compensate for the reassignments.

It is further ORDERED that:

1. The actions listed in Section I of the above stipulation are consolidated.
2. All orders, pleadings, motions, and other documents in the consolidated action shall be filed and docketed in 2:11-cv-00910-KJM-DAD.
3. Plaintiffs shall file a Consolidated Complaint within 30 days of the Court's entry of this Order.
4. Defendants shall file any responsive pleading or motion within 45 days of the filing of Plaintiffs' Consolidated Complaint.
5. Should defendants file a motion, Plaintiffs shall have 30 days to respond, and Defendants shall have 15 days to reply.
6. Except for the Consolidated Complaint, Defendants need not answer or respond to any complaint or amended complaint filed in any related action.

IT IS SO ORDERED.

Dated: June 14, 2011.

_____
UNITED STATES DISTRICT JUDGE